No. 700            October 2, 2024            337

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of R. M. S.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

R. M. S.,
*Appellant.*

Clackamas County Circuit Court
23CC04431; A181940

Kathie F. Steele, Judge.

Submitted July 24, 2024.

Joseph R. DeBin and Multnomah Defenders, Inc. filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Patrick M. Ebbett, Assistant Attorney General, filed the brief for respondent.

Before Aoyagi, Presiding Judge, Egan, Judge, and Joyce, Judge.

JOYCE, J.

Vacated and remanded.

**JOYCE, J.**

The trial court committed appellant to the custody of the Oregon Health Authority for a period not to exceed 180 days after finding that she suffered from a mental illness that caused her to be a danger to herself and others. On appeal, appellant contends that the evidence was insufficient to support the trial court's conclusion that she was a danger to herself and to others. We have reviewed the record and conclude that there is sufficient evidence to support the civil commitment, particularly on the ground that appellant is a danger to others.

Appellant additionally argues that the trial court erred in denying her motion for an in-person hearing at the hospital, instead allowing witnesses to appear remotely. That claim of error is controlled by our recent decision in *State v. A. M.*, 333 Or App 453, 553 P3d 593, *adh'd to on recons*, 335 Or App 320, ___ P3d ___ (2024). For the reasons stated in that case, we remand for a hearing to establish a factual record about whether the remote format satisfies due process and to permit the trial court to rule on that issue in the first instance.

Vacated and remanded.